# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

GARY RYDER, AS )
Next Friend for SV )

Plaintiff(s),

VS.                                                Docket No. 1:05cv50

WILLIAM CHESNUT )

_____,)

Defendant(s).

## NOTICE OF PRO SE APPEARANCE

I, GARY RYDER FOR SV Plaintiff/Defendant in the above captioned matter, hereby enter AS NEXT FRIEND FOR PLAINTIFF SV my appearance as a *pro se* party. I understand that I am responsible for notifying the court of any changes to my mailing address as well as any change in my status should I obtain representation by an attorney in the future.

All court papers may be mailed to me by first class mail at the address shown below. Pursuant to Fed.R.Civ.P. 5(d), I also understand that I am responsible for serving upon all parties who appear in this action a copy of every paper which I file and also provide the Court with a *Certificate of Service* which attests to this fact.

My Street Address is:
GARY RYDER as Next Friend
FOR SV
c/o Anthony Paretn
401 Center Street
Wallingford CT 06492

Town/City    State    Zip Code

Telephone Number (daytime)
203-269-6699

2/23/05
Date

Signature: AS NEXT FRIEND FOR SV

My Mailing Address (if different from street address) is:

Town/City    State    Zip Code

Telephone Number (evening)

Rev. 4/7/97