UNITED STATES DISTRICT COURT

DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2006 JAN 12 PM 4 02

CLERK
BY _____
DEPUTY CLERK

```
GARY RYDER, as next friend of  )
  and on behalf of SV,         )
              plaintiff        )
        v                      )   Docket No. 1:05-cv-50
                               )
WILLIAM CHESNUT,               )
              Defendant        )
```

**AFFIDAVIT IN SUPPORT OF MOTION
FOR ENTRY OF DISCOVERY SCHEDULE**

The undersigned, William Chesnut, defendant in this matter, under oath deposes and sets forth the following facts:

1. All of the facts set forth in the Memorandum contained within the Motion for Entry of Discovery Schedule filed herewith are true and accurate and the Exhibits thereto are true and accurate copies of the referenced documents.

2. I do not wish to waive discovery and I wish to conduct discovery with respect to the claims being made by the plaintiff in this case.

3. I believe that I have attempted to confer in good faith with Attorney Rimmer to discuss and resolve the discovery issues raised in the Motion being filed herewith, without the need for court intervention. Given the failure of plaintiff's counsel to cooperate in this process I believe it is necessary and appropriate for this court to enter a discovery order.

4. All the facts stated in this affidavit are based upon my own knowledge, information and belief, and so far as I rely upon information and belief, I believe the facts herein

2

recited to be true.

Dated at Woodstock, Vermont this 12th day of January, 2006.

By: _____
William Chesnut

STATE OF VERMONT
WINDSOR COUNTY, SS.

Sworn to and subscribed before me this 12th day of January, 2006.

Before me: _____
Notary Public
My Commission Expires: February 10, 2007