## LANGROCK SPERRY & WOOL, LLP

ATTORNEYS AT LAW

A Limited Liability Partnership
Including a Professional Corporation

MIDDLEBURY

Peter F. Langrock
Ellen Mercer Fallon
William B. Miller, Jr.
James W. Swift
Emily J. Joselson
Mitchell L. Pearl
Kevin E. Brown
Frank H. Langrock
Beth Robinson
F. Rendol Barlow
Devin McLaughlin

Wanda Otero-Ziegler

BURLINGTON

Michael W. Wool
Mark L. Sperry
Christopher L. Davis
Thomas Z. Carlson
Susan M. Murray
Alison J. Bell
Lisa B. Shelkrot
Eric M. Knudsen
David W. M. Conard

Clara F. Gimenez
Erin Miller Heins

Of Counsel:
Thomas J. Sherrer

REPLY TO:
Middlebury Office

February 28, 2006

William Chestnut
P.O. Box 896
Barnard, VT 05031

Robert T. Rimmer, Esq.
Law Office of Robert Rimmer
191 Main St.
Old Saybrook, CT 06475

1:05-cv-50

RECEIVED
BURLINGTON, VT
MAR - 1 2006
CLERK'S OFFICE
U.S. DISTRICT COURT

Re:   Gary Ryder v. William Chestnut

Dear Mr. Rimmer and Mr. Chestnut:

This will let you know that I have scheduled the ENE in this matter to be held on Wednesday, March 22, 2006, beginning at 10:00 a.m. at my office. The address is: Langrock Sperry & Wool, LLP, 111 South Pleasant St., Middlebury, VT, and I have enclosed directions.

If either party is unable to attend the ENE on that date, please let me know as soon as possible. As you may or may not know, it is mandatory that both parties be present; presence through an attorney is not sufficient.

ENE statements should be received in my office at least 3 days before the session.

Sincerely yours,

Ellen Mercer Fallon
efallon@langrock.com
EMF:ema
Enclosure
c:   Lisa Wright, U.S. District Court
371807.1

MIDDLEBURY: 111 S. Pleasant Street • P.O. Drawer 351 • Middlebury, Vermont 05753-0351
(802) 388-6356 • Fax (802) 388-6149 • Email: attorneys@langrock.com • Website: www.langrock.com

BURLINGTON: 210 College Street • P.O. Box 721 • Burlington, Vermont 05402-0721
(802) 864-0217 • Fax (802) 864-0137 • Email: attorneys@langrock.com • Website: www.langrock.com