UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | | |
|---|---|---|
| GARY RYDER, as next friend of and on behalf of SV,<br>Plaintiff | : : : : | Docket No. 1:05cv50 |
| v. | : : | |
| WILLIAM CHESNUT,<br>Defendant. | : : | FEBRUARY 24, 2006 |

## NOTICE OF STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41, the parties in the above action hereby stipulate that this action may be dismissed with prejudice and with no award of attorneys' fees, costs and/or disbursements.

PLAINTIFF

_____
Robert T. Rimmer, Esq.
191 Main Street
Old Saybrook, CT  06475
Tel: 860-388-9364
Fax: 860-388-9365

_____
Gary Ryder, as Next Friend and
on behalf of SV

_____
Samuel Verkaik (aka SV), an
Emancipated Minor

DEFENDANT

_____
William Chesnut
9671 Route 12
Barnard, VT  05031

APPROVED and SO ORDERED.
Dated at Brattleboro, Vermont this 22nd day of March, 2006.

_____
J. Garvan Murtha, U.S. District Judge